**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name Saenz        Steven        S.S.
         (Last)                    (First)                    (Initial)

Prisoner Number K-55099

Institutional Address P.O. box 290066 Represa, CA. 95671

================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Saenz Steven JR.
(Enter the full name of plaintiff in this action.)

CV 08 2791

c/o officer vs.
Goodrich L.

_____

_____

_____
(Enter the full name of the defendant(s) in this action)

CW

Case No. Sac-FaS-08-04-0252
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

      [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

      A.    Place of present confinement Folsom. State prison

      B.    Is there a grievance procedure in this institution?

            YES (X) ASU. NO ( ) SAC- 840252 - 8:45 A.M.

      C.    Did you present the facts in your complaint for review through the grievance procedure?

            YES (X)        NO ( )

      D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                              - 1 -

1. Informal appeal I got assaulted by officer Goodrich and battered!

2. First formal level Well going to the third level!

3. Second formal level I want to file charges on him!

4. Third formal level I recieved May 12, 2008 by Richard W. Wieking clerk US district court Northern district of California!

E.  Is the last level to which you appealed the highest level of appeal available to you?

YES (X)    NO ( )

F.  If you did not present your claim for review through the grievance procedure, explain why. Because I didn't have all the paper work but I got it now!

II.  Parties.

A.  Write your name and your present address. Do the same for additional plaintiffs, if any.

Steven Scott K-53094 CSP-SAC AS-111 P.O.Box 290066 Represa, Cal. 95671

B.  Write the full name of each defendant, his or her official position, and his or her place of employment.

L. Goodrich — corrections officer - Folsom state prison

COMPLAINT                    - 2 -

1  ON 4-16-08 at approximately 0845 hours
2  inmate Saenz K-55099, FA5-228L resisted staff
3  during an escort within the "A" Facility
4  Administrative segregation unit (ASU) of S block!

5  III.     Statement of Claim.

6       State here as briefly as possible the facts of your case.  Be sure to describe how each

7  defendant is involved and to include dates, when possible.  Do not give any legal arguments or

8  cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  Officer L. Goodrich had to use physical force
11  to subdue and contain inmate Saenz during
12  this incident, inmate Saenz was medically
13  examined by licensed vocational nurse P. Forseth
14  and found him to have sustained a reddened
15  area to his left cheek and top of his
16  head, a bruise to his right thigh, and complt
17  ache of pain to his chest! I was video
18  tape interviewed by Lt. Moreno for (ASU) Saenz me
19  accused that officer Goodrich for no reason
20  slamed me against the wall, forced me to the
21  ground and punched me 3 or 4 times in the
22  face! Then he kicked me in my thigh! Lt. Moreno on

23  IV.     Relief. 5-28-08 said that I never mentioned I had head injuries I feel I
         I got the 72IR where they marked I had head injuries! I
24       Your complaint cannot go forward unless you request specific relief. State briefly exactly    was abuse

25  what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

26  I would like to take him to court and
27  press Charge Charges against Officer Goodrich
28  and file on him and Sue him for Amount of
money. Please Get me to go to court I feel That
COMPLAINT  he Needs  17-3-1  to be off These Prison Grounds
I wasn't The only Inmate he Did That To. So Please
Give me a court date Thank You—

1

2

3

4

5   I declare under penalty of perjury that the foregoing is true and correct.

6

7   Signed this **APRIL** day of _____**16**_____, 20 **08**

8

9                          _Soen/, Steve JR_

10                          (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                          - 4 -

Steven Saenz K-55019
CSP-SAC
As-111/P.O.Box 290066
Represa,cal. 95671

RECEIVED
MAY 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: Office of the clerk
US District court
Northern District of California
450 Golden Gate Avenue
San Francisco,cal. 94102



00.00°
MAY 28 2008
CODE 95670