E-filing

**FILED**
JUN - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____ )
                               )
              Plaintiff,       )   CASE NO. CV 08 2791
                               )
    vs.                        )   PRISONER'S
                               )   APPLICATION TO PROCEED
                               )   IN FORMA PAUPERIS
                               )
              Defendant.       )    (PR)
_____ )

I, Steven Saenz, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

    a.    Business, Profession or self employment    Yes ___ No _X_

    b.    Income from stocks, bonds, or royalties?    Yes ___ No _X_

    c.    Rent payments?    Yes ___ No _X_

    d.    Pensions, annuities, or life insurance payments?    Yes ___ No _X_

    e.    Federal or State welfare payments, Social Security or other government source?    Yes _X_ No ___

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  **Federal or State welfare payments**
22  **When I was on SSI. back in 2002 i was Geting $500.00 Monthly**

23  3.     Are you married?                                 Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.     a.     List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |   | support and indicate how much you contribute toward their support.  (NOTE: |
| 3 |   | For minor children, list only their initials and ages.  DO NOT INCLUDE |
| 4 |   | THEIR NAMES.). |

5  *My Support my GrandpArent's* ~~Estate~~
6  *I was Raised by my GrandpArents*

7  5.   Do you own or are you buying a home?        Yes ____  No **✓**
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?                    Yes ____  No **X**
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account? Yes ____ No **X** (Do **not** include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s):  $ _____
17 Do you own any cash? Yes **X** No ____ Amount: $ *195.16 on my inmate Trust Account*
18 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes **X** No ____
20 *For my Canteen when I go to store every monthly when I got chances to Go*
21 8.   What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ *Prisons Comasary* Clothing: _____
24 Charge Accounts:
25 Name of Account            Monthly Payment              Total Owed on This Acct.
26 *Inmates*                  $ _____             $ _____
27 *Trust*                    $ _____             $ _____
28 *Account*                  $ _____             $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✗
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16 _____          _____
17      DATE                                  SIGNATURE OF APPLICANT

1
2                                              Case Number: _____
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                      **IN**
10                          **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of  Steven Saenz JR  for the last six months
                                        [prisoner name]
14  C.S.P. Sacramento, P.O. box 290066          where (s)he is confined. ) Represa, CA. 95671
15  Folsom Old  [name of institution]
    I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ 60.00  and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $ 50.00 .
18
19  Dated:_____              _____
20                                  [Authorized officer of the institution]
21
22
23
24
25
26
27
28