FILED

JUN 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
SF

E-filing

CW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CV 08      2791

|                        |     |                                    |
|------------------------|-----|------------------------------------|
|                        | )   | CASE NO. _____          |
| Plaintiff,             | )   |                                    |
|                        | )   | **PRISONER'S**                     |
| vs.                    | )   | **APPLICATION TO PROCEED** (PR)    |
|                        | )   | **IN FORMA PAUPERIS**              |
|                        | )   |                                    |
| Defendant.             | )   |                                    |
|                        | )   |                                    |

I, Steven, JR. Saenz, declare, under penalty of perjury that I am the
plaintiff in the above entitled case and that the information I offer throughout this application
is true and correct. I offer this application in support of my request to proceed without being
required to prepay the full amount of fees, costs or give security. I state that because of my
poverty I am unable to pay the costs of this action or give security, and that I believe that I am
entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the
name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

76123456789212342278

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2.   Have you received, within the past twelve (12) months, any money from any of the following sources:

a.   Business, Profession or self employment — Yes ___ No X

b.   Income from stocks, bonds, or royalties? — Yes ___ No X

c.   Rent payments? — Yes ___ No X

d.   Pensions, annuities, or life insurance payments? — Yes ___ No X

e.   Federal or State welfare payments, Social Security or other govern-ment source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.   Are you married? — Yes ___ No X

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a.   List amount you contribute to your spouse's support:$ _____

1     b.    List the persons other than your spouse who are dependent upon you for

2            support and indicate how much you contribute toward their support. (NOTE:

3            For minor children, list only their initials and ages. DO NOT INCLUDE

4            THEIR NAMES.).

5     _____

6     _____

7     5.    Do you own or are you buying a home?    Yes ____ No ✓

8     Estimated Market Value: $_____ Amount of Mortgage: $_____

9     6.    Do you own an automobile?    Yes ____ No ✓

10    Make _____ Year _____ Model _____

11    Is it financed? Yes _____ No _____ If so, Total due: $_____

12    Monthly Payment: $_____

13    7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14    Name(s) and address(es) of bank: _____

15    _____

16    Present balance(s): $_____

17    Do you own any cash? Yes ____ No ____ Amount: $_____

18    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19    market value.) Yes ____ No ____

20    _____

21    8.    What are your monthly expenses?

22    Rent: $_____ Utilities: _____

23    Food: $_____ Clothing: _____

24    Charge Accounts:

25

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ONly Store | $ Monthy's I go to | $ 22 50 |
| in PRison | $ comasary every | $ out of 1500 |
| and Not that | $ 2 months with | $ because I pay |
| much | | Restitution |
| | | They take haf of |
| | | my money |

1  9.      Do you have any other debts?  (List current obligations, indicating amounts and to

2  whom they are payable.  Do not include account numbers.)

3  _____

4  _____

5  10.     Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?  Yes ____  No ✗

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10  _____

11       I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13       I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _____          _____

17       DATE                         SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

1
2                                           Case Number: _____
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                    **IN**
10                      **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _SAenZ , JR. STeVeN_ for the last six months
                                              [prisoner name]
14   _C.S.P. SAC._____ where (s)he is confined.
          [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _50.ºº_ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ _22.50_ .
18
19   Dated: _6/9/08_              _____
20                                        [Authorized officer of the institution]
21
22
23
24
25
26
27
28

FROM
Steve Saenz K-55979
C.S.P Sacramento
P.O. box 290066
represa, CA. 95671

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



6-10-08

Legal MAiL

RECEIVED

08 JUN 13 PM 2:18

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA