I hope you get the papers im sending you so you know whats going on ———→ C08-2791CW

RECEIVED JUL 16 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Dear Clerk of US District Court's          7/10/08

This is Steven Sanz I wrote a Report on Goodrich concerning about him beating me in a bad way and miss treating me in a miss treatful way. This is the paper of this incident. The reason why im writing this letter again is because I haven't heard from you guy's about my law suit that i'm trying to do. Now I filled out a lawsuit verses to the victim of the person your suining. Now when I sent it out I forgot to put legal mail on the envillope and the officers here are very hateful and would miss place my paper work. So please send me another one so I can fill out. That would be very kind. I need to hear from you guy's soon because I want to go though this lawsuit. The officer Goodrich has no buisness puting his hand's on me I have the right to do what ever it take's to get the treatment I have in this E.O.P. and mental health servises and they have no right lieing to me and miss treating me in a bad way. and officer Goodrich puched me and handle me in not a good way.

Thank you

| STATE OF CALIFORNIA<br>CRIME / INCIDENT REPORT<br>PART C1 - SUPPLEMENT<br>CDCR 837-C1 (REV. 10/06) | | DEPARTMENT OF CORRECTIONS AND REHABILITATION<br>INCIDENT LOG NUMBER<br>SAC-FAS-08-04-0252 | |
|---|---|---|---|
| NAME LAST<br>MORENO | FIRST<br>G. | | MI<br>NMI |

| TYPE OF INFORMATION | | |
|---|---|---|
| ☒ CONTINUATION OF REPORT | ☐ CLARIFICATION OF REPORT | ☐ ADDITIONAL INFORMATION |

I asked inmate SAENZ to stand up so I could view his injuries. I noticed he had one red mark on the left side of his cheek, bruising to the top of his head, and a bruise to the right side of his thigh. The bruises to his cheek and head were consistant with the force used and reported by Officer Goodrich. The bruise to his thigh did not appear to be recent. The bruise was purple and yellow in color with mixed and faded pigmentation to the skin. SAENZ never indicated he was struck to the top of his head, which questions his account of the incident. Prior to concluding the interview, I asked SAENZ to submit a written report of the incident as he percieved the actions of the Officer.

Later that day, I informally interviewed inmate UHLER regarding his possible observance of the incident in the ASU 5 Block, regarding inmate SAENZ. Inmate UHLER indicated he witnessed no such incident. Inmate UHLER indicated he heard SAENZ yelling at staff when he passed through the rotunda and entered the #3 Dining Room. I asked UHLER if he had informed inmate SAENZ that if he would give testimony that staff used excessive force during the incident and he (UHLER) said no. I asked UHLER if he had any other information that I should know of, and again he said no. Based on this information, I concluded the interview.

The injuries sustained by inmate SAENZ to his face and thigh do not corroborate his allegation that Officer Goodrich repeatedly beat him down and kicked him. Based on the aforementioned, I believe SAENZ is exaggerating the incident or making misstatements.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE<br>CORRECTIONAL LIEUTENANT | BADGE #<br>6658 | Staff ID #<br>1117789 | DATE<br>5/1/2008 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED<br>5-7-08 | APPROVED<br>☒ Yes  ☐ No | CLARIFICATION NEEDED<br>☐ Yes  ☒ No | DATE<br>5-7-08 |

FA2-206

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (REV. 10/06)

*Inmate* (handwritten)

| INCIDENT LOG NUMBER |
|---|
| SAC-FAS-08-04-0252 |

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| MORENO | G. | NMI | 4/16/2008 | 8:45 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 2062 | ASU LIEUTENANT | 32 YR. 10 MO. | 5/1/2008 | A FAC 5 BLOCK ROTUNDA |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| S/S | 06:00-14:00 | RESISTING A PEACE OFFICER RESULTING IN USE OF PHYSICAL FORCE | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) |
|---|---|---|
| WITNESS | | (S) SAENZ (V-55099)   (W) UHLER (K-73660) |

| FORCE OBSERVED BY YOU | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE | | | CHEMICAL AGENTS USED |
|---|---|---|---|---|
| NONE | ☑ N/A  FORCE: ☐ EXPANDABLE BATON ☐ PHYSICAL FORCE ☐ X10 | WEAPON ☐ MINI 14 ☐ .38 CAL ☐ 9MM ☐ SHOTGUN | WARNING ___ EFFECT: ___ | LAUNCHER: ☐ 37MM ☐ L8 ☐ 40MM ☐ 40 MM MULTI ☐ HFWRS  EFFECT#: ___ | CHEMICAL/ TYPE: ☐ OC ☐ CN ☐ CS ☐ OTHER |

| EVIDENCE COLLECTED BY | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes ☑ No | ☑ N/A | ☑ N/A | ☐ Yes ☑ No | ☐ Yes ☑ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ Yes ☑ No | ☑ N/A | ☑ N/A | ☑ N/A  DESC: | ☐ Yes ☑ No |

NARRATIVE:

On Wednesday, April 16, 2008, at approximately 0845 hours, Inmate SAENZ (V-55099, FA5-228L) resisted staff during an escort within the A Facility Administrative Segregation Unit (ASU) of 5 Block. Officer L. Goodrich had to use physical force to subdue and contain inmate SAENZ during this incident. Following the incident, inmate SAENZ was medically examined by Licensed Vocational Nurse P. Forseth and found him to have sustained a reddened area to his left cheek and top of his head, a bruise to his right thigh, and complaining of pain to his chest.

Based on the allegation by inmate SAENZ that staff used excessive force to subdue him and the fact that inmate SAENZ sustained head injuries, I elected to conduct a face to face videotape interview of him in the ASU Lieutenant's office. During the interview, SAENZ indicated he was upset with the Officer for taking items from his State-issued denim jacket. Inmate SAENZ alleged that Officer Goodrich for no reason slammed him against the wall, forced him to the floor, punched him in the face three or four times, and then kicked him on his thigh. I asked SAENZ if there were any staff or inmate witnesses to the incident. SAENZ indicated that there were no staff witnesses; however, he claimed inmate UHLER (K-73660, FA8-228), a hazardous material worker in the Block, saw the whole incident and told SAENZ he would testify on SAENZ' behalf. Inmate SAENZ was adamant that the Officer used excessive force and abused his authority.

*Please Read Next pg.* (handwritten)

*Next paper →* (handwritten)

☑ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID# | DATE |
|---|---|---|---|---|
| [signature] | Correctional Lieutenant | 6658 | 1117789 | 5/1/2008 |

| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| [signature], Capt. | 5-7-08 | ☑ Yes ☐ No | ☐ Yes ☑ No | 5-7-08 |

*That when were done* (handwritten marginalia)

Steven Saenz K-55099 A-5-111
C.S.r sacramento
P.O. box 290066
Represa, CA, 95671

Office of The clerk U.S.
District court,
Northern district of
CAlifornia, 450 Golden Gate Ave,
San Francisco, CA 94102



UNITED STATES POSTAGE
$00.42⁰
PITNEY BOWES
02 1A
0004609711  JUL 14 2008
MAILED FROM ZIPCODE 95670



Legal Mail only
7-11-08