FILED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1st

Time of Incendent 16:30 Hours

C08-2791 cw 7/13/08

We said thoes were a Tylenels for are Head Aches and are back pain and due to my arm. Now all these itmate that are in this block don't get there cell search only if we give them problems. Now we don't give these c/o's problems exspecialy 3rd watch. Now when we were coming in the cell I seen my family's pictures all over the floor the officer's left are food in are cell and when we came in I came in and seen my try on the concreat. Officer Snow said I picked up a try a tossed it towards him which I couldn't do because How the cuffs were placed on me so that's a lie. Now when Snow told me to come out the cell he grabe me by my throat. Now well we were agaist the wall. I turned around and seen my celly Rodriguez got Roughed and officer Casagrada turned his neck towards the officer Snow and Pepper sprayed him real bad. Now as officer Morrow came and threw me agaist the wall and he said I tryed to battery him but I didn't I wouldn't stop resisting so he sprayed me not him but Snow sprayed me towards my eye's. Now as I was on the grown a officer

I have a witness number Johnson-35 cdc

2#

kicked me in the face. Now do to my Astma I had A Astma attack and went to T.T.A. also what I Requested on That 602 oh were going to get you a 3rd strike and They know I Got 2 strikes and going home in 8 month's I have Not Receieved The write up but I know from my expierience They want me to do life. I had another incindent with officer morrow he grabed me by the neck and Threw me on the Floor after he slamed the back of my Head Agaist The wall and I got 2 wittneses that seen that incendent This happen 3 week's ago but I Never complaned about This miss treatment that they have been doing to me. it's Not Just me there others in here. we need for you guy's to invastagate in side This hole There very Foul with us they treat us Like were Little kids we got a sickness They got to understand That were not Stable enough to understad Sertain Thing's. also I had surgery on my chest when I was a Child They injored me during This incindent. so please contact This Location where im at and get This fix. I'm having my family calling to complain About This.

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. SAC S.
2. _____

Log No.
1. _____
2. _____

Category
_____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| SAENZ Steve | K-55099 | ZoP | A-5-111 |

A. Describe Problem: Approximatley 16:30 hours when we were out side on yard we had a issue with some inmates on the yard c/o Casagrada was pumping us up to fight agaist these inmates; it was more then a ractal thing because he was say to me and my celly why don't we go to the main line like these imate's Are. Now when we were geting escorted back to Are cell c/o snow was saying what were thoes white pills in Are cell and → turn

→ what I want done is they Battered me.

B. Action Requested: What I request is I want to file a complait of how they miss treat me in they treat me Like I'm a Nobuddy every day they got something to say like oh were going to get you Life in prison.

Inmate/Parolee Signature: _Saenz Steve_    Date Submitted: A-5-111

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____



