date 8/8/08
(08-2791-CW)

Please notied the courts of passing this form to the clerk or the office of the U.S. district of the Lawsue that I have on this matter. I'm sueing officer goodRich and I haven't heard nothing on this matter. Please notied me on this matter.

Please let me know what to do from here I also understand about 100 dollars been taking off my books I get money so thats fine. Also how do I go about a D.A. Refert? They got one pending on me I was thinking if they want I would drop this case if they drop the D.A. Refert on me. Please let me know how I go about that.

Thank you!

[signature]

K-55099 A-3-102

C.S.P. Sacramento, P.O. box 290066

Represa, CA. 95671

Ruben Saenz K-55099
A-3-102
C.S.P. Sacramento
P.O. Box 290066
Represa, CA. 95671



Office Of The Clerk U.S. District
Court. Northern district of
California 1301 Clay St., Suite
400S Oakland, CA. 94612-5212

8/10/08

Legal mail