IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SAENZ, JR., | No. C 08-02791 CW (PR) |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| L. GOODRICH, | |
| Defendants. | |

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.  Plaintiff filed a completed in forma pauperis application; however, he did not file copies of his certificate of funds and prisoner trust account statement.  In an Order dated July 16, 2008, the Court notified Plaintiff that his in forma pauperis application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months.  The Court informed him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action.

On August 12, 2008, Plaintiff filed his certificate of funds but failed to file his six month prisoner trust statement.  More

1 than thirty days have passed and Plaintiff has not submitted his
2 prisoner trust account statement.
3     Accordingly, this action is DISMISSED WITHOUT PREJUDICE.
4 Plaintiff's <u>in forma pauperis</u> application is DENIED as incomplete.
5 The Clerk of the Court shall close the file.
6     IT IS SO ORDERED.
7 Dated: 9/9/08                    _____
                                    CLAUDIA WILKEN
8                                   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEVEN SAENZ JR,

        Plaintiff,

v.

L GOODRICH et al,

        Defendant.

Case Number: CV08-02791 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Saenz K-55099
CA State Prison - Folsom
AS-111
P.O. Box 290066
Represa, CA 95671

Dated: September 9, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3